# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOANN L. KENNEDY, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>LTI TRUCKING SERVICES, INC., )<br><br>Defendant. ) | Case No. 4:18CV230 HEA |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order dated this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 13th day of September, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE